IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COREY R. PITTMAN,

                Plaintiff,

v.	ORDER

GARY NAPRALLA,	15-cv-21-jdp

                Defendant.

---

On July 1, 2016, defendant Gary Napralla moved for summary judgment on plaintiff Corey Pittman's Eighth Amendment claims. Dkt. 25. The deadline for plaintiff to oppose this motion was August 1, 2016. When plaintiff did not file an opposition, I extended his deadline to August 17, 2016. Dkt. 34. But I indicated that if plaintiff failed to meet the new deadline, then I would dismiss this case with prejudice for plaintiff's failure to prosecute it. *Id.* Plaintiff has not responded to Napralla's motion for summary judgment or to my order extending his deadline.

Accordingly, IT IS ORDERED that this case is DISMISSED with prejudice, pursuant to Federal Rule of Civil Procedure 41(b). The clerk of court is directed to enter judgment in favor of defendant, mail a copy of this order and the judgment to plaintiff, and close this case.

Entered August 18, 2016.

                BY THE COURT:

                /s/

                _____
                JAMES D. PETERSON
                District Judge