IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COREY R. PITTMAN,

    Plaintiff,　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　　Case No.  15-cv-21-jdp

GARY NAPRALLA, DUSTIN KINGSLAND, PALMER PAGE, ADAM JORDAN, MICHAEL MEISNER, RICKY SEABUL and UNIT MANAGER ASHWORTH,

    Defendants.

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) Denying plaintiff Corey R. Pittman leave to proceed and dismissing his claims against defendants Michael Meisner and unit manager Ashworth;

(2) Granting defendants Adam Jordan, Dustin Kingsland, Page Palmer and Ricky Seabul's motion for summary judgment for plaintiff's failure to exhaust administrative remedies and dismissing these defendants without prejudice; and

(3)     Dismissing the case against Gary Napralla with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute the case.

/s/                                                                       8/18/2016
Peter Oppeneer, Clerk of Court                              Date